*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

DENNIS UPPLEGER and KATHY UPPLEGER,

        Plaintiffs-Appellants,

v

MCLAREN PORT HURON, NALINI SAMUEL, M.D., individually and doing business as BLUE WATER NEUROLOGY CLINIC, PC, DEVPRAKASH SAMUEL, M.D., AUBREY JOZEFIAK, R.N., MELISSA COOK, R.N., MICHELLE FRANCISCO, R.N., and CATHERINE FOURNIER, R.N.,

        Defendants-Appellees.

UNPUBLISHED
October 22, 2020

Nos. 348551; 348928
St. Clair Circuit Court
LC No. 17-000559-NH

Before: BECKERING, P.J., and FORT HOOD and SHAPIRO, JJ.

SHAPIRO, J. (*concurring*).

        I concur in the result only.

                                  /s/ Douglas B. Shapiro

-1-